## Verdict Form Part 1—Excessive Force

1. On Plaintiff's claim of excessive force against **DEFENDANT JEFFREY STAHL**, we, the jury, find in favor of:

    ☐  Plaintiff Frederick Walker

    ☒  Defendant Jeffrey Stahl

2. On Plaintiff's claim of excessive force against **DEFENDANT GLENDAL FRENCH**, we, the jury, find in favor of:

    ☐  Plaintiff Frederick Walker

    ☒  Defendant Glendal French

*Court's verdict form part 1*



FILED
FEB - 8 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# Verdict Form Part 2—Failure to Intervene

1. On Plaintiff's claim of failure to intervene against **DEFENDANT TIMOTHY PRICE**, we, the jury, find in favor of:

    ☐ Plaintiff Frederick Walker

    ☒ Defendant Timothy Price

2. On Plaintiff's claim of failure to intervene against **DEFENDANT JEFFREY STAHL**, we, the jury, find in favor of:

    ☐ Plaintiff Frederick Walker

    ☒ Defendant Jeffrey Stahl

3. On Plaintiff's claim of failure to intervene against **DEFENDANT GLENDAL FRENCH**, we, the jury, find in favor of:

    ☐ Plaintiff Frederick Walker

    ☒ Defendant Glendal French

*Court's verdict form part 2*

# Verdict Form Part 3—Failure to Provide Medical Attention

1. On Plaintiff's claim of failure to provide medical attention against **DEFENDANT TIMOTHY PRICE**, we, the jury, find in favor of:

    ☐ Plaintiff Frederick Walker

    ☒ Defendant Timothy Price

2. On Plaintiff's claim of failure to provide medical attention against **DEFENDANT JEFFREY STAHL**, we, the jury, find in favor of:

    ☐ Plaintiff Frederick Walker

    ☒ Defendant Jeffrey Stahl

3. On Plaintiff's claim of failure to provide medical attention against **DEFENDANT GLENDAL FRENCH**, we, the jury, find in favor of:

    ☐ Plaintiff Frederick Walker

    ☒ Defendant Glendal French

*Court's verdict form part 3*

## Verdict Form Part 4—Damages

*If you found against one or more Defendants on any claim, list the total amount of compensatory damages you award and the punitive damages you award, if any, against a particular Defendant. If you found in favor of all Defendants on all claims, skip this part and sign and date the verdict form.*

1. We fix Plaintiff's total compensatory damages in the amount of $_____. *(If you found against one or more Defendants but found that Plaintiff failed to prove compensatory damages, then write $1.00 for damages.)*

2. Having found against a particular Defendant, we fix Plaintiff's punitive damages, if any, against that Defendant, as follows:

    Defendant Timothy Price:  $_____

    Defendant Jeffrey Stahl:  $_____

    Defendant Glendal French:  $_____

*Court's verdict form part 4*

# Verdict Form Part 5—Signatures and Date

We, the jury, having reached a unanimous agreement on all claims, affix our signatures below.

Date: 02/08/17

s/Foreperson

s/Juror

Presiding Juror
s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

*Court's verdict form part 5*