IN The United States District Court
For The Central District Of Illinois

Fredrick Walker, B-34246,
　　　　Plaintiff,

Vs.

Timothy Price, et al.,
　　　　Defendants.

Case No. 1:14-cv-01343-HAB

SCANNED at PCC and E-Mailed
9/17/18 (date) by HZ (initials)
2 (# of pages)

## Motion For The Court To NOT Honor Any Motions To Dismiss Filed By Somebody Other Than The Plaintiff

Now comes the plaintiff, Fredrick Walker, B-34246, pro se, and respectfully moves this Honorable Court to not honor any motions to dismiss filed by somebody other than the plaintiff.

In support of this motion the plaintiff states:

1). On January 22, 2018, somebody other than the plaintiff filed a motion to dismiss in the above mention case caption.

2). At the time the plaintiff's case was before the Seventh Circuit Court of Appeals.

3). On January 23, 2018, this court forward that motion to dismiss to the Seventh Circuit Court of Appeals.

4). On January 24, 2018, the Seventh Circuit Court of Appeals entered a order stating: on January 23, 2018, the district court forwarded to this court the appellants pro se motion to dismiss. Because the appellate is represented by counsel, it is ordered that the motion is denied without prejudice to renewal by counsel.

5). Shortly afterward my Attorney Sarah O'Rourke Schrup spoke to me about that motion to dismiss and I inform her that I did not file that motion to dismiss and I inform her that I don't want to dismiss my case.

6). I'm bringing this to this court's attention incase somebody else try to file a motion to dismiss in my case, and to ask that this court not grant such a motion in my case.

Wherefore the above stated reasons the plantiff ask that this court do not grant any motions to dismiss in his case some such a motion be filed.

Certificate of Service

I, Fredrick Walker hereby declare that on September 16, 2018 I case to be placed in pontiac correctional center outgoing mail bag to be delivered to max law library, Assistant paralegal, to be electronically filed in this court the following: Motion for the court to not Honor Any motions to Dismiss filed by Somebody other than the plantiff.

Respectfully submitted by,
Fredrick Walker
plantiff, Frederick Walker, B-34246
pontiac correctional center p.o. Box 99 pontiac, IL 61764