In The United States District Court
For The Central District of Illinois

Fredrick Walker, # B-34246,
  Plaintiff,

-vs-

Case No. 1:14-cv-01343-HAB

Timothy Price, et al.,
  Defendants

## Motion To Object / For Substitutional Judge

Now comes the plaintiff, Fredrick Walker, # B-34246, pro se, and respectfully moves this Honorable court to object/for substitional Judge.

In support of this motion the plaintiff states:

1). In the October 16, 2018 minute entry regarding the October 16, 2018, status conference held by telephone before Judge Harold A. Baker it states: pursuant to circuit Rule 36, the parties agree to Judge Baker presiding over future hearings and trial.

2). The plaintiff object to the statements that pursuant to circuit Rule 36, the parties agree to Judge Baker presiding over future hearings and trial.

3). The plaintiff makes this objection due to the facts that at this status conference the plaintiff inform Judge Baker that he want to leave this decision to the Attorney that this court appoint to represent him and Judge Baker stated the plaintiff have to give him an answer then because he don't have a right to counsel. In support of these statements see (tape #UR-C 9:58 A.M.).

## Conclusion

Wherefore the above stated reasons and the reasons stated in the plaintiff's brief on Appeal the plaintiff object and request a substitutional Judge to preside over future hearings and trial in this case.

## Certificate of service

I, Fredrick Walker hereby declare under the penalties of purjury that on october 18, 2018, I cause to be place in the interdepartmental outgoing mail bag here at pontiac correctional center to be delivered to a paralegal in this facility max law library to electronically file to this court the following: Motion to object and for substitutional Judge.

Respectfully submitted by: Fredrick Walker
Fredrick Walker, B-34246
pontiac Corr Cntr p.o. Box 99
pontiac, Illinois 61764