# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA F.R.A.P. 42(b) FINAL ORDER

June 11, 2019

| | |
|---|---|
| No. 19-2047 | FREDRICK WALKER,<br>Plaintiff - Appellant<br><br>v.<br><br>TIMOTHY PRICE, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:14-cv-01343-CSB<br>Central District of Illinois<br>District Judge Colin S. Bruce | |

This appeal is subject to the Prison Litigation Reform Act. Upon consideration of the **MOTION FOR LEAVE TO WITHDRAW NOTICE OF INTERLOCUTORY APPEAL AND PLAINTIFF-APPELLANTS CASE TO BE SENT BACK TO THE DISTRICT COURT FOR ALL PROCEEDINGS**, filed on June 10, 2019, by pro se Appellant Fredrick Walker.

**IT IS ORDERED** that this appeal is **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $505 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_PLRA_42bFinalOrder**(form ID: **143**)