# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDRICK WALKER, #B-34246, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No.: 14-1343-CSB |
| TIMOTHY PRICE, et al., | ) ) ) |
| Defendants. | ) |

### NOTICE REGARDING STATUS OF INMATE WITNESS JOHN HUDSON

NOW COME Defendants, JEFFREY STAHL, GLENDAL FRENCH, and TIMOTHY PRICE, by and through their Attorney, Kwame Raoul, Attorney General for the State of Illinois, and for their Notice to the Court Regarding the Status of Inmate Witness, John Hudson, state as follows:

1. On September 27, 2021, this Court entered a docket entry in which Defendants were directed to inform the Court if inmate Hudson is still in IDOC custody and, if so, if his location is still confidential. (#318).

2. Undersigned counsel contacted IDOC officials and was informed that Inmate Hudson is still within the custody if IDOC but is being housed out-of-state at a confidential location.

3. IDOC has informed undersigned counsel that they believe that Inmate Hudson would be available to testify via video conferencing, if the Court determines that this is necessary.

4. IDOC further informed undersigned counsel that a Court order would be required in order for Inmate Hudson to testify via video conferencing which includes the date and time for the testimony, the WebEx or Zoom code for the video conference, and a phone number in case any issues arise.

                                              Respectfully Submitted,

                                              JEFFREY STAHL, GLENDAL FRENCH, and TIMOTHY PRICE,

                                                    Defendants,

                                              KWAME RAOUL, Attorney General State of Illinois,

Joshua Lawson, #6332304
Assistant Attorney General
500 South Second Street               Attorney for Defendants,
Springfield, Illinois 62701
(217) 782-5819 Phone                By: /s/ Joshua Lawson
(217) 524-5091 Fax                     Joshua Lawson, #6332304
Email: Joshua.Lawson@ilag.gov      Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDRICK WALKER, #B-34246, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> TIMOTHY PRICE, et al., ) <br> ) <br> Defendants. ) | Case No.: 14-1343-CSB |

### CERTIFICATE OF SERVICE

    I hereby certify that on October 5, 2021, the foregoing document, ***Notice of Status of Inmate John Hudson*** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant:

Fredrick Walker, #B-34246
Pontiac Correctional Center
Individual in Custody Mail/Parcels
700 W. Lincoln Street
PO Box 99
Pontiac, IL  61764

Respectfully submitted,

/s/ Joshua Lawson
Joshua Lawson, #6332304
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 782-5819 (Phone)
(217) 524-5091 (Fax)
Email: Joshua.Lawson@ilag.gov
gls@ilag.gov