"pg: 1 of 5"

IN The united states District court
For The central District of Illinois
 Urbana- Division

Fredrick Walker, # B-34246,
         Plaintiff,

-vs-

Timothy Price, et al.,
     Defendants

Case No. 1:14-cv-01343-CSB

SCANNED at FCC and E-Mailed
12/7/2021 (date) by ___ (initials)
___5___ (# of pages)

Motion For Reconsideration of Motion For An
Emergency Video conference With The court
           (Doc. 323).

Now comes the plaintiff, Fredrick Walker, pro se,
and respectfully moves this Honorable court for
reconsideration of motion for an emergency video
conference with the court (Doc. 323).

In support of his motion the plaintiff states:

1). The plaintiff need a video court appearance
with this court as soon as possible in order
to address some issues that are frustrating

and impedding the plaintiff's access to this court in his case against the Defendants which are due to retaliatory measures being taken against the plaintiff by prison officials at pontiac correctional center for engaging in constitutional protected activities against the violations of his constitutional rights by official at this facility. See: (Doc. 323).

2). These matters are also affecting the health of the plaintiff, which the plaintiff is subject to illreparable harm if these issues are not addressed soon. See: (Doc. 323).

3). A Text order was entered by this court on 11/10/2021, stating: plaintiff's motion for an emergency video conference is denied as unnecessary - (323) After plaintiff filed this motion, the court held a status conference at which plaintiff relayed his concerns. The jury selection and trial has been rescheduled, and a status conference has been set for march 7, 2022 to confirm that plaintiff is ready for trial. plaintiff's motion for status is moot -(325). See (Text order entered by Judge colin stirling Bruce on 11/10/2021).

"pg: 3 of 5"

4). The plaintiff did not address the matters of his motion for an emergency video conference with this court. see (the record for the October 29, 2021, proceedings held before this court, and (DOC. 323)).

5). The plaintiff had attempt to inform this court about these issue's and an issue with some filings the Defendants have made in his case, but this court cut the plaintiff off before he could inform it of what actly he was saying. See: (October 29, 2021, records of October 29, 2021 proceedings).

6). On numerous occasions officers resently have tryed to kill the plaintiff and had Sexually assaulted the plaintiff, and subjected the plaintiff to other forms of abuse and mistreatment in retaliation of his claims against the Defendants.

7). This matters are currently continuing, the plaintiffs grievances regarding these matters are not being processed, the plaintiff also is not able to contact this court on his case whenever he need to because sometimes he

"pg: 4 of 5."

is not able to have his pleadings electronically mailed to this court because it is stolen by said officials, he is often forced on crisis watch by said official's his personal property is stolen or confiscated, or he is physically and/or psychologically affected by the physical abused and/or mental abuse he is subjected to often by said officials.

8). This court ordered the Defendants to respond by November 11, 2021, to plaintiff's motion for an emergency video conference with this court, and the Defendants did not respond to plaintiff's motion for an emergency video conference with this court. See: October 29, 2021, records for October 29, 2021, telephone conference held by this court with the plaintiff and Defendants counsel (Mr. Lawson), and (Text order entered by Judge Colin Stirling Bruce).

The plaintiff will be denied his day in court in his case against the Defendants if he is killed or some other illre parable harm cause the plaintiff not to be heard by this court.

On November 17, 2021, the plaintiff was almost killed again by officials at pontiac correctional center in retaliation of the above mention case and these and other matters mention herein and that the plaintiff need to be heard by this court on are still affecting the plaintiff's access to this court herein.

### Conclusion

Wherefore the above and reforeing stated reasons the plaintiffs seeking reconsideration of his motion for an emergency video conference with this court, (Doc. 323).

### Certificate of Service

I, the undersigned hereby certify that on December 5, 2021, I have placed in the outgoing mail bag here at pontiac correctional center to be electronically mailed to this court, the following: motion for reconsideration of motion for an emergency video conference with this court (Doc. 323).

Respectfully submitted by: *Fredrick Walker*
Fredrick Walker, a/k/a Frederick Walker, # B-34246
pontiac correctional center P.O. Box 99 pontiac, IL 61764.